IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　Plaintiff,<br><br>　vs.<br><br>NICANDRO GARCIA PEREZ,<br><br>　　　　　　　　Defendant. | 4:23CR3117<br><br><br>**ORDER** |

　　　　Defendant has moved to continue the deadline to object to the Magistrate Judge's findings and recommendations (Filing No. 60), because Defendant is awaiting a transcript of the suppression hearing. The motion to continue is unopposed. Based on the showing set forth in the motion, the court finds good cause has been shown and the motion should be granted. Accordingly,

　　　　IT IS ORDERED:

1)　　Defendant's motion to continue, (Filing No. 60), is granted.

2)　　Any Objection to the Magistrate Judge's Findings and Recommendations shall be filed on or before June 26, 2024.

3)　　The Court finds that that the ends of justice served by granting the motion to continue outweigh the interests of the public and the defendants in a speedy trial, and the additional time arising as a result of the granting of the motion, the time between today's date and June 26, 2024 shall be deemed excludable time in any computation of time under the requirements of the Speedy Trial Act, because although counsel have been duly diligent, additional time is needed to adequately prepare this case for trial and failing to grant additional time might result in a miscarriage of justice. 18 U.S.C. § 3161(h)(1) & (h)(7). Failing to timely object to this order as provided under this court's local rules will be deemed a waiver of any right to later claim the time should not have been excluded under the Speedy Trial Act.

　　　　Dated this 10th day of June, 2024.

　　　　　　　　　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　　　　　　　　　*s/ Jacqueline M. DeLuca*
　　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge